# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**ROSEVELT GREEN,**

      **Petitioner,**           **CASE NO. 2:10-CV-1053**
                                 **JUDGE SMITH**
      **v.**                       **MAGISTRATE JUDGE ABEL**

**WARDEN, NOBLE
CORRECTIONAL INSTITUTION,**

      **Respondent.**

## OPINION AND ORDER

On December 6, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

      **IT IS SO ORDERED**.

                                     \s\ George C. Smith
                                  GEORGE C. SMITH
                                  United States District Judge